UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS CLINTON COLEMAN,<br><br>     Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY CORRECTIONS FACILITY, *et al.*,<br><br>     Defendants. | Case No. C18-0182-JLR<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

  The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, ~~any objections thereto, and~~ and no objections to the Report and Recommendation having been filed, the remaining record, hereby finds and ORDERS as follows:

  (1) The Report and Recommendation is approved and adopted;

  (2) Plaintiff's complaint and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to state any claim upon which relief may be granted; and

/ / /

/ / /

/ / /

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 21st day of November, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2